UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIANA M. CRIST,**

    **Plaintiff,**

v.                                                 Case No. 8:06-cv-1587-T-26TBM

**LINDA S. McMAHON,**[1]
**Acting Commissioner of the United**
**States Social Security Administration,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on Plaintiff's **Uncontested Motion to Stay Briefing Schedule** (Doc. 8). By her motion, Plaintiff seeks an Order staying the current briefing schedule[2] for sixty (60) days so that her previous claim file can be located and made part of the record before this court. Plaintiff represents that the Commissioner does not object to this request and they have agreed to file a status report within the sixty-day period apprising the court on the matter.

Upon consideration, Plaintiff's uncontested motion (Doc. 8) is **GRANTED**. The deadlines set forth in the court's Scheduling Order (Doc. 7) are hereby stayed for sixty (60)

---

[1] Linda S. McMahon became Acting Commissioner of Social Security on January 22, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.

[2] By the court's Scheduling Order dated December 4, 2006, Plaintiff's Memorandum was due by February 2, 2007, and the Commissioner's Memorandum is due by March 5, 2007. See (Doc. 7).

days. The parties shall file a status report on or before <u>April 9, 2007</u>, advising the court of whether the Plaintiff's previous claim file has been made a part of the record on the instant appeal or whether a remand to accomplish such is required.

**Done and Ordered** in Tampa, Florida, this 6th day of February 2007.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record