UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIANA M. CRIST,**

    **Plaintiff,**

v.                                                    Case No. 8:06-cv-1587-T-26TBM

**MICHAEL J. ASTRUE,**[1]
**Commissioner of the United**
**States Social Security Administration,**

    **Defendant.**
_____/

**O R D E R**

       THIS MATTER is before the court *sua sponte*. On February 6, 2007, the court granted Plaintiff's Uncontested Motion to Stay Briefing Schedule (Doc. 8) so that her previous claim file could be located and made part of the record before this court. (Doc. 9). The Commissioner has now filed a status report on the matter, indicating that "the Appeals Council will not agree to supplement the transcript of the prior claim file." (Doc. 10).

       Upon consideration, the stay is hereby lifted and the deadlines set forth in the Scheduling Order (Doc. 7) are reinstated. Plaintiff shall file her Memorandum of Law within fifteen (15) days of the date of this Order and the Commissioner shall file his Memorandum within sixty (60) days thereafter.

       **Done and Ordered** in Tampa, Florida, this 6th day of April 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.