UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANA M. CRIST,

    Plaintiff(s),

v().                                          Case No: 8:06-cv-1587-T-26TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).
_____/

## O R D E R

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Thomas B. McCoun on March 11, 2008 (Dkt. 14) recommending that the decision of the Defendant Commissioner be **affirmed**.  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects because the Court is satisfied there is no clear error on the face of the record, specifically those parts of the record cited by the Magistrate Judge in support of his decision, precluding acceptance of the

recommendation. See Macort v. Prem, Inc., 208 Fed.Appx. 781, 784 (11th Cir. 2006) (and cases cited).

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is affirmed.

3) The clerk is directed to enter judgment in favor of the Defendant, term any pending motions/deadlines, and to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on March 26, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record